IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |  |
|---|---|---|
| JESSE C. COBERLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-05-1113-L |
| | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| COMMISSIONER OF THE SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On June 29, 2006, Magistrate Judge Valerie K. Couch entered her Report and Recommendation in this action brought by plaintiff pursuant to 42 U.S.C. §405(g) for judicial review of the defendant Commissioner of the Social Security Administration's (Commissioner's) final decision denying plaintiff's application for disability insurance benefits and supplemental security income benefits. The Magistrate Judge recommended that the decision of the defendant Commissioner be reversed and the matter remanded for further proceedings consistent with the Report and Recommendation.

The court file reflects that no party has filed a written objection to the Report and Recommendation within the time limit allowed.  Upon *de novo* review, the court finds that the the Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly, the decision of the Commissioner is **REVERSED** and this matter is **REMANDED** for further proceedings consistent with the June 29, 2006 Report and Recommendation of the Magistrate Judge.

It is so ordered this 24th day of July, 2006.

*Tim Leonard*
TIM LEONARD
United States District Judge